UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARLYN FOO, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 15-cv-2033 (TSC) <br> ) |
| REX TILLERSON, <br> Secretary, U.S. Department of State, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

Upon consideration of Defendants' Motion for Reconsideration (ECF No. 30), and for the reasons stated in the accompanying Memorandum Opinion, the court hereby ORDERS that Defendants' Motion for Reconsideration is DENIED.

It is FURTHER ORDERED that this case is remanded to the Foreign Service Grievance Board for consideration of the merits of Plaintiff's waiver request.

Date:  January 19, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1